1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAYRINKIA J. GILLILAND, | Case No. 2:14-cv-02834-WBS-EFB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al. | |
| Defendants. | |

Pursuant to Defendants' Chase Home Finance, LLC; Chase Home Finance, Inc.; JPMorgan Chase & Co. (incorrectly named "JP Morgan & Company"); JPMorgan Chase Bank, N.A. (incorrectly named as "JP Morgan Chase"); and Chase Bank USA, N.A. (incorrectly named as "Chase Bank USA") (collectively "Chase") request, and good cause appearing therefor,

IT IS ORDERED that counsel for Chase, Joseph Bias, who can be reached at (213) 612-7397, may appear by telephone at the hearing on Chase's motion to dismiss Plaintiff's complaint currently scheduled for January 26, 2015 at 2:00 p.m. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: January 22, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE