**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy, Bar No. 241854
Joseph V. Quattrocchi, Bar No. 257568
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501
joseph.quattrocchi@morganlewis.com

Attorneys for Defendants

JPMorgan Chase Bank, N.A., *successor by merger to Chase Home Finance, LLC and Chase Home Finance, Inc. and erroneously sued as JP Morgan Chase*;

JPMorgan Chase & Co., *erroneously sued as JP Morgan & Company*; and

Chase Bank USA, N.A., *erroneously sued as Chase Bank USA*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYRINKIA J. GILLILAND, | Case No. 2:14-cv-02834-JAM-AC |
| Plaintiff, | UNLIMITED JURISDICTION |
| vs. | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al. | |
| Defendants. | Honorable John A. Mendez |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30030158.1

2:14-cv-02834-JAM-AC
STIPULATION FOR REFERRAL TO VDRP

Pursuant to Local Rule 271, Plaintiff KAYRINKIA J. GILLILAND ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A., *successor by merger to Chase Home Finance, LLC and Chase Home Finance, Inc. and erroneously sued as JP Morgan Chase*; JPMORGAN CHASE & CO., *erroneously sued as JP Morgan & Company*; and CHASE BANK USA, N.A., *erroneously sued as Chase Bank USA* (collectively "Defendants," and together with Plaintiff, the "Parties") parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

**IT IS SO STIPULATED, THROUGH THE PARTIES' COUNSEL OF RECORD.**

Dated: June 1, 2016					UNITED LAW CENTER

By: /s/ *Pamela Palmieri*
Pamela Palmieri
Attorneys for Plaintiff
Kayrinkia J. Gilliland

Dated: June 1, 2016					MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Joseph V. Quattrocchi*
Joseph V. Quattrocchi
Attorneys for Defendants

JPMorgan Chase Bank, N.A., *successor by merger to Chase Home Finance, LLC and Chase Home Finance, Inc. and erroneously sued as JP Morgan Chase;*

JPMorgan Chase & Co., *erroneously sued as JP Morgan & Company*; and

Chase Bank USA, N.A., *erroneously sued as Chase Bank USA*

**IT IS SO ORDERED**.

DATED:  6/1/2016			/s/ John A. Mendez
					UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

2:14-CV-02834-JAM-AC
STIPULATION FOR REFERRAL TO VDRP

DB2/ 30030158.1