1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAYRINKIA J. GILLILAND, ) | Case No.: 2:14-cv-02834-JAM-AC |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATION TO** |
| ) | **CONTINUE PRETRIAL CONFERENCE,** |
| vs. ) | **TRIAL, AND TRIAL RELATED** |
| ) | **DEADLINES** |
| CHASE HOME FINANCE, LLC; CHASE ) | |
| HOME FINANCE, INC.; JP MORGAN & ) | |
| COMPANY; JP MORGAN CHASE; CHASE ) | |
| BANK USA; GLENN MOURIDY; THOMAS ) | Trial Date:       February 27, 2017 |
| WIND and Does I-XX et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The Court, having reviewed the Joint Stipulation Requesting an Order Continuing the Pretrial Conference, Trial, and Trial related deadlines and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, hereby Orders that the pretrial and trial schedule be continued as follows:

a. March 1, 2017– Exchange Expert Witness Disclosures (from July 1, 2016)

b. March 15, 2017– Exchange Supplemental Expert Witness Disclosures(from July 15, 2016)

c. April 4, 2017- Deadline to File Dispositive Motions (from October 18, 2016)

d. May 2, 2017; 1:30 p.m.- Hearing on Dispositive Motions (from November 15, 2016)

1

e.   June 9, 2017- Deadline to File Joint Pretrial Conference Statement (From January 6, 2017)

f.   June 16, 2017- Pretrial Conference (from January 13, 2017)

g.   July 17, 2017- Jury Trial (from February 27, 2017)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:  1/9/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE