**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAYRINKIA J. GILLILAND,<br><br>        Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al.<br><br>        Defendants. | Case No.: 2:14-cv-02834-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT WITNESS DEADLINES**<br><br>Trial Date:      July 17, 2017 |

    The Court, having reviewed the Joint Stipulation Requesting an Order Continuing the expert witness related deadlines and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, hereby Orders that the expert witness schedule be continued as follows:

a.  March 15, 2017– Exchange Expert Witness Disclosures (from March 1, 2017)

b.  March 29, 2017– Exchange Supplemental Expert Witness Disclosures (from March 15, 2017.)

///

///

1

*[Proposed] Order Granting Stipulation To Continue Expert Witness Deadlines*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: 3/2/2017

                                            /s/ John A. Mendez
                                            HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE