# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYRINKIA J. GILLILAND,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al.<br><br>    Defendants. | Case No.: 2:14-cv-02834-JAM-AC<br><br>**AMENDED ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL CONFERENCE, TRIAL, AND TRIAL RELATED DEADLINES**<br><br>Trial Date:    July 17, 2017 |

The Court, having reviewed the Joint Stipulation Requesting an Order Continuing the Pretrial Conference, Trial, and Trial related deadlines and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, hereby Orders that the pretrial and trial schedule be continued as follows:

a. September 1, 2017– Exchange Expert Witness Disclosures (from March 15, 2017)

b. September 15, 2017– Exchange Supplemental Expert Witness Disclosures (from March 29, 2017)

c. October 17, 2017- Fact Discovery Cutoff (Reopened)

1

*[Proposed] Order Granting Stipulation to Continue Pretrial Conference, Trial Date, Trial Related Deadlines, and Discovery Related Deadlines*

d. November 16, 2017- Expert Discovery Cutoff (Reopened)

e. December 19, 2017- Deadline to File Dispositive Motions (from April 4, 2017)

f. January 16, 2018; 1:30 p.m.- Hearing on Dispositive Motions (from May 2, 2017)

g. February 23, 2018- Deadline to File Joint Pretrial Conference Statement (From June 9, 2017)

h. March 2, 2018; 11:00 a.m.- Pretrial Conference (from June 16, 2017)

i. April 9, 2018- Jury Trial; 9:00 a.m. (from July 17, 2017)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: 6/7/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

*[Proposed] Order Granting Stipulation to Continue Pretrial Conference, Trial Date, Trial Related Deadlines, and Discovery Related Deadlines*