**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAYRINKIA J. GILLILAND, | Case No.: 2:14-cv-02834-JAM-AC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND TRIAL RELATED DEADLINES** |
| vs. | |
| CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al. | Trial Date: April 9, 2018 |
| Defendants. | |

The Court, having reviewed the Joint Stipulation Requesting an Order Continuing the trial and trial related deadlines, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, hereby Orders that the expert witness schedule be continued as follows:

a. October 31, 2017– Exchange Expert Witness Disclosures (from September 1, 2017)

b. November 14, 2017– Exchange Supplemental Expert Disclosures (from September 15, 2017.)

c. December 18, 2017- Fact Discovery Cutoff (from October 17, 2017)

d. January 15, 2018– Expert Discovery Cutoff (from November 16, 2017.)

1

*[Proposed] Order Granting Stipulation To Continue Trial and Trial Related Deadlines*

e. January 30, 2018– Deadline to File Dispositive Motions (from December 19, 2017.)

f. February 27, 2018; 1:30 p.m.- Hearing on Dispositive Motions (from January 16, 2018)

g. April 6, 2018- Deadline to File Joint Pretrial Conference Statement (from February 23, 2018)

h. April 13, 2018; 11:00 a.m.- Pretrial Conference (from March 2, 2018)

i. May 21, 2018; 9:00 a.m.- Jury Trial (from April 9, 2018)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 9/18/2017

/s/ John A. Mendez_____
United States District Court Judge