UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYRINKIA J. GILLILAND,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; CHASE HOME FINANCE, INC.; JP MORGAN & COMPANY; JP MORGAN CHASE; CHASE BANK USA; GLENN MOURIDY; THOMAS WIND and Does I-XX et. al.<br><br>Defendants. | Case No. 2:14-CV-02834 JAM-AC<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO CONTINUE TRIAL SCHEDULE**<br><br>Trial Date:    May 21, 2018 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

2:14-CV-02834 JAM-AC
[PROPOSED] ORDER GRANTING UNOPPOSED
REQUEST TO CONTINUE TRIAL SCHEDULE

1  The Court, having reviewed the Unopposed Request to Continue Trial Schedule, and
2  GOOD CAUSE APPEARING, hereby Orders that the current trial schedule, as reflected in the
3  Court's September 19, 2017 order (ECF No. 70) (the "Order") be continued as follows:

   a. July 6, 2018 – Deadline to File Joint Pretrial Conference Statement (from April 6, 2018)
   b. July 13, 2018; 11:00 a.m. – Pretrial Conference (from April 13, 2018)
   c. August 20, 2018; 9:00 a.m. – Jury Trial (from May 21, 2018)

All other dates set forth in the Order, remain in effect and unchanged.

**IT IS SO ORDERED**

Date: 3/23/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1

2:14-CV-02834 JAM-AC
[PROPOSED] ORDER GRANTING UNOPPOSED
REQUEST TO CONTINUE TRIAL SCHEDULE

# CERTIFICATE OF SERVICE

I, Lisa Wright, certify and declare as follows:

    I am over the age of 18 years and not a party to this action.

    My business address is, 300 S. Grand Avenue, Suite 2200, Los Angeles, California, 90071.

    This **[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST TO CONTINUE TRIAL SCHEDULE** filed through the ECF system was previously sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 23rd day of March 2018.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Lisa Wright

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

2

2:14-CV-02834 JAM-AC
[PROPOSED] ORDER GRANTING UNOPPOSED
REQUEST TO CONTINUE TRIAL SCHEDULE